UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHAN ESTEP,

               Plaintiff,

       - against -

DANIEL BRENNER, et al.,

               Defendants.

22-cv-6004 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for **September 21, 2022** is to be held by telephone.

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           September 19, 2022

                                        John G. Koeltl
                                 United States District Judge