UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHAN ESTEP,

                                        22-cv-6004 (JGK)
                        Plaintiff,

                                        ORDER
        - against -

DANIEL BRENNER, ET AL.,

                        Defendants.


JOHN G. KOELTL, District Judge:

    The plaintiff may file a notice of voluntary dismissal by

September 28, 2022. The defendants may file a motion to dismiss or

an answer and a motion for judgment on the pleadings by October

10, 2022. The plaintiff may respond by October 24, 2022. The

defendants may reply by October 31, 2022.

SO ORDERED.

Dated:    New York, New York
          September 21, 2022

                                  John G. Koeltl
                                  United States District Judge